UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 8:05-cr-00275-T-24-EAJ-1

DEVELL LAMAR HAWKINS,

    Defendant.
_____/

**ORDER DENYING**
**MOTION FOR RECONSIDERATION**

The Court now considers Defendant Devell Lamar Hawkins' motion for reconsideration of the Court's order of March 12, 2010. (Doc. 35.)

Motions for reconsideration may be granted only in limited circumstances: "if the moving party presents newly discovered evidence, if there has been an intervening change in the law, or if the movant can demonstrate that the original decision was based on a manifest error of law or was clearly unjust." United States v. Allen, 573 F.3d 42, 53 (1st Cir. 2009).[1]

Hawkins has presented no new evidence or change in the law to convince the Court that it must reconsider its earlier ruling. Nor can Hawkins demonstrate that the Court's decision was based on a manifest error of law or was clearly unjust.

---

[1] "Although a motion for reconsideration of a district court order in a criminal action is not expressly authorized by the Federal Rules of Criminal Procedure," United States v. Vicaria, 963 F.2d 1412, 1414 (11th Cir. 1992), the U.S. Supreme Court has recognized that defendants may file motions for reconsideration. Id. (citing United States v. Dieter, 429 U.S. 6, 8-9 (1976)). Courts, therefore, have adopted the standards set by Rule 60 of the Federal Rules of Civil Procedure to evaluate motions for reconsideration in a criminal action. Allen, 573 F.3d at 53.

Accordingly, Defendant's motion for reconsideration (Doc. 35) is **DENIED**.

**IT IS SO ORDERED.**

Done in Tampa, Florida on April 30, 2010.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copy to:

Devell Lamar Hawkins
#40462-018
FCI Coleman Medium
P.O. Box 1032
Coleman, Florida 33521
Counsel of Record